

**ISHMAEL_F.stpar**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 93-00059 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |
| FRANCES ISHMAEL, | ) | |
| Defendant, | ) | |
| BANK OF GUAM, | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, FRANCES ISHMAEL, Social Security Number XXX-XX-8898, and joint account holder, Mark S. Ishmael, Social Security Number XXX-XX-8171, have requested that monies available in the judgment defendant and joint account holder's account number XXXX-XX8795, in the amount of $400.00 per month beginning July 15, 2007 and continuing thereafter on the 15th of every month or when funds become available, be made payable to the Clerk, U.S. District Court of Guam for payment toward Defendant FRANCES ISHMAEL's restitution that is due and owing;

Plaintiff, UNITED STATES OF AMERICA, and Defendant, FRANCES ISHMAEL, and joint account holder, Mark S. Ishmael hereby jointly move the Court for an order of a writ of continuing garnishment on the monies available in the judgment defendant and joint account holder's account number XXXX-XX8795, in the amount of $400.00 per month, beginning July 15, 2007 and continuing thereafter on the 15th of every month or when funds become available, until Defendant FRANCES ISHMAEL's restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 6/27/07

_____
FRANCES ISHMAEL
Defendant

Dated: 27/00/07

_____
Mark S. Ishmael
Joint Account Holder

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 7/9/07          By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney