**ISHMAEL_F.writ**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 93-00059 |
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF CONTINUING GARNISHMENT** |
| FRANCES ISHMAEL, | ) | |
| Defendant, | ) | |
| BANK OF GUAM, | ) | |
| Garnishee. | ) | |

Upon stipulated motion of Plaintiff, Defendant and joint account holder for an order of Writ of Continuing Garnishment on Defendant, FRANCES ISHMAEL and joint account holder Mark S. Ishmael's account number XXXX-XX8795, in the amount of $400.00 per month, beginning July 15, 2007 and continuing thereafter on the 15th of every month or when funds become available;

//

1     IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XXXX-XX8795, in the amount of $400.00 per month of Defendant FRANCES ISHMAEL , Social Security Number XXX-XX-8898, and joint account holder, Mark S. Ishmael, Social Security Number XXX-XX-8171, beginning July 15, 2007 and continuing thereafter on the 15th of every month or when funds become available, until further notice.

    Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

> District Court of Guam
> 4th Floor, U.S. Courthouse
> 520 West Soledad Avenue
> Hagåtña, Guam 96910



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 11, 2007**