**FILED**
DISTRICT COURT OF GUAM

OCT 2 4 2007

JEANNE G. QUINATA
Clerk of Court

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE
SENTENCING REFORM ACT OF 1984

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **December 7, 1993**, as instrument number **500044**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Frances Ishmael        Address: Machananao, Dededo 96912
SSN: XXX-XX-8898
DOB: XX-XX-1963

Court Imposing Judgment: U.S. District Court of Guam

Court Number: CR 93-00059

Amount of Judgment: $13,900.00

Place of filing: Guam

WITNESS my hand at Hagåtña, Guam, on this, the 23rd day of October, 2007.

MARIVIC P. DAVID
Assistant U.S. Attorney