ORIGINAL

**ISHMAEL_F.ter**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 2 4 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FRANCES ISHMAEL, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> BANK OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 93-00059 <br><br> **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |

On or about July 11, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about October 17, 2007, final payment was

//
//
//
//
//
//

made. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant FRANCES ISHMAEL.

DATED this 23rd day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney