1   **ISHMAEL_F.terord**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MARIVIC P. DAVID
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910-5059
    TEL: 472-7332
6   FAX: 472-7215

7   Attorney's for United States of America

8

            IN THE UNITED STATES DISTRICT COURT
9
               FOR THE DISTRICT OF GUAM
10

11   UNITED STATES OF AMERICA,    )    CRIMINAL CASE NO. 93-00059
                     )
12           Plaintiff,     )
                     )         **O R D E R**
13          v.          )
                     )    Re: United States Motion to Terminate
14   FRANCES ISHMAEL,      )     Writ of Continuing Garnishment
                     )
15          Defendant,    )
  _____)
16                      )
  BANK OF GUAM,        )
17                      )
         Garnishee.    )
18   _____)

19

20        Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the

21   Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing

22   Garnishment is hereby terminated.

23        **SO ORDERED**.

24

25                                 **/s/ Frances M. Tydingco-Gatewood**

26                                   **Chief Judge**
                                  **Dated: Oct 24, 2007**

27

28