

ISHMAEL_F.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 25 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 93-00059 |
| Plaintiff, ) | |
| vs. ) | **FINAL ACCOUNTING UPON** |
| FRANCES ISHMAEL, ) | **TERMINATION OF GARNISHMENT** |
| Defendant, ) | |

<u>FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT</u>

To:  Bank of Guam
     P.O. Box BW
     Hagåtña, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about July 11, 2007, $1,500.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the Norther Mariana Islands , 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this 23rd day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ MARIVIC P. DAVID
MARIVIC P. DAVID
Assistant U.S. Attorney
marivic.david@usdoj.gov

- 2 -



Single Liability Payment History
United States Department of Justice
Consolidated Debt Collection System

Report Level:  
Report Date: 10/22/2007

Cdcs Nbr 1994A64622 Cdcs Seq 001 Name Last Iehmael Name First Frances Court Nbr CR-93-00059 Priority Code 04 Curr Liability $ 0.00

| Seq | Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0062 | PMNT | | 06/02/2006 | CL | A | 0028664 | | 55031305010 | | 06/08/2006 | $ | | 2,250.00 |
| 0063 | PMNT | | 04/16/2007 | CL | A | 0031305 | | 56099090124 | | 04/23/2007 | $ | | 2,150.00 |
| 0064 | PMNT | | 06/19/2007 | CL | A | 0031682 | | 79943652415 | | 06/25/2007 | $ | | 1,850.00 |
| 0065 | PMNT | | 07/12/2007 | CL | A | 0031857 | | 79943653966 | | 07/16/2007 | $ | | 1,500.00 |
| 0066 | PMNT | | 07/23/2007 | GC | E | 0031994-BOG | | 792784 | | 07/31/2007 | $ 400.00 | | 1,100.00 |
| 0067 | PMNT | | 08/17/2007 | GC | E | 0032565 | | 792891 | | 08/20/2007 | $ 400.00 | | 700.00 |
| 0068 | PMNT | | 09/19/2007 | GC | E | 0032897 | | 797602 | | 09/24/2007 | $ 400.00 | | 300.00 |
| 000070 | PMNT | | 10/17/2007 | GC | E | 0033094 | | 798020 | | 10/22/2007 | $ 300.00 | | 0.00 |

Total:

Reversals

| Seq | Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | | 02/19/1997 | OT | A | District Court, Guam | | 0406 | | 03/07/1997 | $ | | $12,700.00 |
| 0033 | PMNT | | 12/29/1999 | CH | A | 0017110 | | | | 01/08/2000 | $ 100.00 | | $7,100.00 |
| 0035 | PMNT | | 02/09/2000 | OT | A | 0017292 | | | | 02/25/2000 | $ 200.00 | | $7,200.00 |
| 0042 | PMNT | | 03/01/2001 | CH | A | 0018850 | | 0513 | | 03/07/2001 | $ 100.00 | | $6,000.00 |
| 0049 | PMNT | | 03/26/2004 | CL | A | 0024134 | | 751 | | 03/30/2004 | $ 500.00 | | $4,400.00 |

Total: 1,200.00