ORIGINAL

1  **ISHMAEL_F.facg**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 26 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 93-00059 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| FRANCES ISHMAEL, | ) | |
| Defendant, | ) | |
| BANK OF GUAM, | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment, ORDER Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination Garnishment** were sent to the defendant and garnishee by mail on _October 25, 2007_.

MICHELLE PEREZ